JUDGE CHIN

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,          :

       - v. -                  :     NOTICE OF INTENT TO
                                                      FILE AN INFORMATION
FEDERICO HERNANDEZ,                :

       Defendant.              :

- - - - - - - - - - - - - - - - x

**10 CRIM 334**

       Please take notice that the United States Attorney's Office will file an information upon the defendant's waiver of indictment, pursuant to Rule 7(b) of the Federal Rules of Criminal Procedure.

Dated:    New York, New York
         April 12, 2010

                                       PREET BHARARA
                                       United States Attorney

                        By:   _____
                            David B. Massey
                            Assistant United States Attorney

                      AGREED AND CONSENTED TO:

                        By:   _____
                            Nancy Kestenbaum, Esq.
                            Barbara Hoffman, Esq.
                            Attorneys for Defendant

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/10

WHEEL: A