```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - x
                               :
UNITED STATES OF AMERICA       :
                               :
        - v. -                 :      WAIVER OF INDICTMENT
                               :
FEDERICO HERNANDEZ,            :      10 CRIM. 334
                               :
        Defendant.             :
                               :
- - - - - - - - - - - - - - - x
```

        The above-named defendant, FEDERICO HERNANDEZ, being advised of the nature of the charges and of his rights, hereby waives, in open Court, prosecution by indictment and consents that the proceeding may be by information instead of by indictment.

_____
FEDERICO HERNANDEZ

_____
Nancy Kestenbaum, Esq.
Barbara Hoffman, Esq.
Attorneys for Federico Hernandez

Witness: _____

Date:    New York, New York
         April 15, 2010

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 15 APR 2010