$500,000 PRB TO BE SECURED WITHIN TWO (2) WEEKS BY PROPERTY VALUED AT $500,000 AT 199 OCEAN LANE DRIVE, KEY BISCAYNE, FL. DEFT. TO REPORT TO PRETRIAL SERVICES WEEKLY (TELEPHONICALLY, IF NOT IN PERSON). SURRENDER PASSPORT, NO NEW APPLICATIONS. TRAVEL RESTRICTED TO SDNY/EDNY. DEFT. TO BE RELEASED TODAY.

Case 1:10-cr-00334-DC Document 4 Filed 04/15/10 Page 1 of 3

AO 100 (Rev. 06/09) Agreement to Forfeit Real Property to Obtain a Defendant's Release

# UNITED STATES DISTRICT COURT
## for the
### Southern District of New York

| | |
|---|---|
| United States of America<br>v.<br><br>__FEDERICO HERNANDEZ__<br>*Defendant* | )<br>)  **10 CRIM 334**<br>)<br>)<br>) |

## AGREEMENT TO FORFEIT REAL PROPERTY TO OBTAIN A DEFENDANT'S RELEASE

To obtain the defendant's release, we jointly and severally agree that we and our personal representatives, jointly and severally, are bound to pay the United States of America the sum of
$ __500,000__ secured by $ __- - -__ in cash and/or __Property at 199 Ocean Ln Dr__ (describe other security) if this defendant fails to appear as required for any court proceeding or for the service of any sentence imposed as may be noticed or ordered by any court, or fails to comply with any conditions of release set by the court considering this matter.

PROPERTY VALUED AT $500,000 LOCATED AT 199 OCEAN LANE DRIVE, KEY BISCAYNE, FL

*Ownership.* We declare under penalty of perjury that we are this property's sole owners and that it is not subject to any claim, lien, mortgage, or other encumbrance except as disclosed above. We promise not to sell, mortgage, or otherwise encumber the property, or do anything to reduce its value while this agreement is in effect. We deposit with the court the following ownership documents, including any encumbrance documents *(list all documents and submit as attachments)*:



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1 5 APR 2010

*Surety Information.* We understand that the court and the United States of America will rely on the surety information in approving this agreement.

*Conditions of Release.* We state that we have either read all court-ordered conditions of release imposed on the defendant or had them explained to us.

*Continuing Agreement.* Unless the court orders otherwise, this agreement remains in effect during any appeal or other review until the defendant has satisfied all court notices, orders, and conditions.

*Exoneration of Sureties.* This agreement is satisfied and ends if the defendant is exonerated on all charges or, if convicted, the defendant reports to serve any sentence imposed.

*Forfeiture.* If the defendant fails to obey all conditions of release, court notices, and orders to appear, the court will immediately order the property forfeited and on motion of the United States of America may order a judgment of forfeiture against the signing parties and their representatives, jointly and severally, including interest and costs.

I swear under penalty of perjury that the above information is true and agree to the conditions of this agreement.

Date: Apr 15, 2010

_____ FEDERICO HERNANDEZ
*Defendant (if a property owner)*

City and state: NEW YORK, NY

_____     _____
*Property owner's printed name*          *Property owner's signature*

_____     _____
*Property owner's printed name*          *Property owner's signature*

_____     _____
*Property owner's printed name*          *Property owner's signature*

Sworn and signed before me.

CLERK OF COURT

Date: Apr 14, 2010

_____
*Signature of Clerk or Deputy Clerk*

Agreement accepted.

UNITED STATES OF AMERICA

Date:

*Assistant United States Attorney's signature*

Agreement approved.

Date: _____

_____
~~Judge's signature~~
AUSA DAVID B. MASSEY