*USDC SDNY*
*DOCUMENT*
*ELECTRONICALLY FILED*
*DOC #:* _____
*DATE FILED:* 10/22/10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------x

UNITED STATES OF AMERICA,  :

    - against -  :

FEDERICO HERNANDEZ,  :

    Defendant.  :

------------------------------------------------x

**ORDER**

10-CR-334 (DC)

**CHIN, District Judge**

IT IS HEREBY ORDERED as follows:

1. The Court recommends to the Bureau of Prisons that the Defendant be re-designated to an available minimum-security Federal Prison Camp if appropriate, either at Fort Dix, Canaan, Lewisburg or Otisville;

2. The Defendant is granted a two-week stay of his surrender date, changing his surrender date from November 9, 2010 to November 23, 2010, to allow time for the Bureau of Prisons to consider the Court's recommendation;

NY. 685669-4

3. A copy of this Order is to be served by the Clerk of the Court on the United States Marshals, Southern District of New York; and the Marshals shall forthwith deliver a true copy of this order to the Bureau of Prisons' Designation & Sentence Computation Center.

SO ORDERED

Dated: New York, New York
October 22, 2010

HONORABLE DENNY CHIN
UNITED STATES ~~DISTRICT~~ Circuit JUDGE

Sitting By Designation