PREET BHARARA
United States Attorney for the
Southern District of New York
BY: KATHLEEN A. ZEBROWSKI
86 Chambers Street
New York, New York 10007
Telephone No.: (212) 637-2710
Fax No.: (212) 637-2717

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 2/2/11

ORIGINAL

UNTIED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA,

                  Plaintiff,

          - v. -

FEDERICO HERNANDEZ,

                  Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

SATISFACTION OF JUDGMENT

10 CR 0334-01 (DC)

JUDGMENT #: 10,1689

SOUTHERN DISTRICT OF NEW YORK

      Satisfaction is acknowledged between United States of America, plaintiff, and Federico Hernandez, defendant, restitution in the amount of $84,423.00, fine in the amount of $4,000.00 and the special assessment in the amount of $500.00, amounting in all to the sum of $88,923.00. Judgment entered in the Judgment Book of the United States District Court for the Southern District of New York on the 17th day of September 2010.

                        PREET BHARARA
                        United States Attorney for the
                        Southern District of New York

                    By: _____
                        JOHN E. GURA
                        Assistant United States Attorney

STATE OF NEW YORK)
                ss:
COUNTY OF NEW YORK)

      On the 2ЅѴ day of February 2011, before me personally came JOHN E. GURA, Assistant United States Attorney for the Southern District of New York, to me known, and known to me to be the individual described in and who executed the foregoing instrument, and acknowledge that she executed the same.

_____
NOTARY PUBLIC

KATHY TAYLOR
Notary Public, State of New York
No. 01TA5077230
Qualified in Kings County
Commission Expires May 5, ____